# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

MICHAEL WYNN,

    Plaintiff,

v.                                    CASE NO. 4:09cv282-RH/WCS

UNITED STATES SERVICES
INDUSTRIES, INC.,

    Defendant.

_____/

## ORDER CANCELING STATUS CONFERENCE

Upon consideration of the plaintiff's notice, ECF No. 19, withdrawing his earlier letter, ECF No. 17, complaining of the defendant's failure to comply with its settlement agreement,

IT IS ORDERED:

The status conference set for June 29, 2010, is canceled. The plaintiff's letter, ECF No. 17, is deemed withdrawn. No further action will be taken unless a party files a further motion.

SO ORDERED on June 28, 2010.

                                                  s/Robert L. Hinkle
                                                  United States District Judge